ACCEPTED
03-14-00445-CR
5763297
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 11:02:50 AM
JEFFREY D. KYLE
CLERK

# DEE HOBBS

## COUNTY ATTORNEY

405 M.L.K. Street #7
Georgetown, Texas 78626



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 11:02:50 AM
JEFFREY D. KYLE
Clerk

June 22, 2015

Amy Strother
Deputy Clerk of the Court
Third District Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re:  Alicia Midkiff v. The State of Texas, Cause Number 03-14-00445-CR
      Trial Court Number 14-02154-2

Dear Ms. Strother:

    The State acknowledges receipt of the brief and motion to withdraw filed by Appellant's counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). The brief field by Appellant's counsel presents no claim of error; therefore, the State has no points to which to respond. *See* TEX. R. APP. P. 38.2(a)(2). The State will abstain from filing any further response unless the Court decides that the appeal is not frivolous and orders a response. *See Anders*, 386 U.S. at 744; *Bledsoe v. State,* 178 S.W.3d 824, 827 (Tex. Crim. App. 2005); *High v. State*, 573 S.W.2d 807, 810 (Tex. Crim. App. 1978).

    Thank you for your assistance in bringing this matter to the attention of the Court.

                    Respectfully,

                    Ryan Palmquist
                    Assistant Criminal District Attorney
                    State Bar No. 24073307

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Letter Reply* was served upon the Defendant's attorney of record, Crystal Murray, by electronic mail on **June 22, 2015**.

RYAN PALMQUIST